UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 22-01669-FWS (ADSx) | Date | January 9, 2023 |
| Title | Ing. Dipl.-Ing (FH) Elhar Muminovic v. Blizzard Entertainment, Inc. | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:  ATTORNEYS PRESENT FOR DEFENDANT:

None Present   None Present

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

On November 9, 2022, the court ordered Plaintiff to show cause in writing why this action should not be dismissed for lack of subject matter jurisdiction ("Order to Show Cause"). (*See* Dkt. 14.) The record reflects Plaintiff has not filed any response to the Order to Show Cause. (*See generally* Dkt.) Thus, for the reasons discussed in the court's previous order, (*see* Dkt. 14), the court concludes Plaintiff's Complaint fails to demonstrate an adequate basis for federal subject matter jurisdiction and the action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3)("If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action."); *Scholastic Ent., Inc. v. Fox Ent. Grp., Inc.*, 336 F.3d 982, 985 (9th Cir. 2003) ("While a party is entitled to notice and an opportunity to respond when a court contemplates dismissing a claim on the merits . . . it is not so when the dismissal is for lack of subject matter jurisdiction."); *Cal. Diversified Promotions, Inc. v. Musick*, 505 F.2d 278, 280 (9th Cir. 1974) ("It has long been held that a judge can dismiss sua sponte for lack of jurisdiction.").

|  |  |  |
|---|---|---|
|  | - | : | - |
| Initials of Deputy Clerk | mku |

cc: